UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In RE:<br>Kenneth G. Epps, Jr.<br>　　　Debtor | BCN#: 16-35114-KRH<br>Chapter: 13 |
| Selene Finance L.P.<br>　　　Movant/Secured Creditor,<br>v.<br>Kenneth G. Epps, Jr.<br>　　　Debtor<br>and<br>Suzanne E. Wade<br>　　　Trustee<br>　　　Respondents | Order Granting Relief from Stay |

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Movant, Selene Finance L.P., to modify the automatic stay, and with all parties or their counsel having endorsed this Order and agreeing to its entry, it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit the Movant, to enforce the lien of its deed of trust as it pertains to the real property located at 4801 Craigs Mill Court, Glen Allen 23060 and more particularly described in the Deed of Trust dated September 30, 2010 and recorded as Deed Book 4809, Page 0803 among the land records of the said city/county, as:

> ALL that certain lot, piece or parcel of land, together with all appurtenances thereunto belonging, lying and being in Three Chopt District of Henrico County, Virginia, known and numbered as Lot 5, Block A, Craigs Mill Subdivision and more particularly described on a plat of survey entitled "Craigs Mill", made by Youngblood, Tyler & Associates, P.C., dated August 1, 1994, and recorded February 9, 1995, in Plat Book 101, page 12, in the Clerk's Office of the Circuit Court of Henrico County, Virginia.

Jon M. Ahern, Esquire
State Bar Association No: 018218
Sykes, Bourdon, Ahern & Levy, P.C.
281 Independence Boulevard
Pembroke 1 Building, Fifth Floor
Virginia Beach, VA 23462
757-499-8971

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

FUTHER ORDERED that the Movant shall promptly notify the Chapter 13 Trustee in writing of the results of any foreclosure of the subject deed and pay the Chapter 13 Trustee any excess funds received from such foreclosure sale, to be disbursed upon further order of the Court. And that the Chapter 13 Trustee will cease paying the pre-petition arrearage claim currently being paid.

Jul 9 2018

ENTERED this ____ day of _____, 2018.

/s/ Kevin R Huennekens
United States Bankruptcy Judge
EASTERN District of Virginia

I ask for this:

/s/ Jon M. Ahern
Jon M. Ahern, Esq.,
Counsel for Movant

Entered on Docket: Jul 10 2018

Seen and Agreed:

/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr., Esq.
Counsel for Debtor

Seen:

/s/ Suzanne E. Wade
Suzanne E. Wade, Trustee

Jon M. Ahern, Esquire
State Bar Association No: 018218
Sykes, Bourdon, Ahern & Levy, P.C.
281 Independence Boulevard
Pembroke 1 Building, Fifth Floor
Virginia Beach, VA 23462
757-499-8971

### Certification

I hereby certify that this proposed Order is substantially in compliance with Standing Order No. 10-2 and that is has been endorsed by all necessary parties.

          /s/ Jon M. Ahern
          Jon M. Ahern, Esq.

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

          /s/ Jon M. Ahern
          Jon M. Ahern, Esq.

The Clerk shall mail a copy of the entered Order to the following:

Kenneth G. Epps, Jr.
964 Arroyo Seco
Alamogordo, NM 88310

Robert B. Duke, Jr., Esq.
8501 Mayland Drive, Suite 106
Henrico, VA 23294

Suzanne E. Wade, Trustee
P.O. Box 1780
Richmond, VA 23218

    Jon M. Ahern, Esquire
    State Bar Association No: 018218
    Sykes, Bourdon, Ahern & Levy, P.C.
    281 Independence Boulevard
    Pembroke 1 Building, Fifth Floor
    Virginia Beach, VA 23462
    757-499-8971